Case 2:00-cr-20021-PKH Document 52 Filed 05/10/16 Page 1 of 1 PageID #: 33

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

United States of America )
v. )
THOMAS SCOTT CROSSLAND ) Case No: 2:99CR20028-001, 2:00CR20021-001
) USM No: 06406-062
Date of Original Judgment: 01/30/2002 )
Date of Previous Amended Judgment: ) Bruce D. Eddy
*(Use Date of Last Amended Judgment if Any)*     *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 01/30/2002 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05/10/2016     /s/ P.K. Holmes, III
    *Judge's signature*

Effective Date: _____     Honorable P.K. Holmes, III, Chief United States District Judge
*(if different from order date)*     *Printed name and title*